# FINANCIAL AFFIDAVIT

CJA 23

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE   REV. 1/90

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF

U.S.A. vs. Dai, Xiao Jun

FOR: District Court

AT: JUN 30 2005

For The Northern Mariana Islands

By _____ (Deputy Clerk)

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate  Chief

ARM

District Court  0994

Court of Appeals

PERSON REPRESENTED (Show your full name)

Dai, Xiao Jun

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

CHARGE/OFFENSE (describe if applicable & check box ➜ )
☑ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

$6,000 Cash In wallet that was confiscated ←

**EMPLOYMENT**

Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed

Name and address of employer: Liu Ti Enterprises, Travel Agency

**IF YES,** how much do you earn per month? $1,000.00

**IF NO,** give month and year of last employment How much did you earn per month $_____

If married is your Spouse employed? ☑ Yes ☐ No

**IF YES,** how much does your Spouse earn per month $_____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| **IF YES,** GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES | | |

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No   **IF YES,** state total amount $4,000

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES,** GIVE VALUE AND DESCRIBE IT | $4,000 | 1997 Toyota Camry |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them
Liu, Ying, Wife (in China)
Dai, Wu Pang (Son, aged 17, on Spn)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | | Total Debt | Monthly Payt. |
|---|---|---|---|---|
| | | | $ | $ |
| Apartment | Korean | | $ | $ 350 |
| Food | | | $ | $ 300 |
| Transportation (fuel), Phone, Utilities | | | $ | $ 250 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _[signature]_

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

2