MINUTE ENTRY            2:05 p.m.

   UNITED STATES OF AMERICA -V- DAI XIAO JUN

PRESENT: HON.ALEX R. MUNSON, CHIEF JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
   DAI XIAO JUN, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE

 Defendant Dai, Xiao Jun appeared without counsel.  Government was represented by Jamie Bowers, AUSA.  Also present was Matthew Goward, Immigration and Customs Enforcement Officer.

 Aby Leung was sworn as an interpreter/translator of the Mandarin language.

 Defendant was sworn and advised of the charges against him in the complaint and his constitutional rights.

 After review of the defendant's financial affidavit, the Court determined that the defendant did qualify for court appointed counsel and ordered that the Clerk appoint counsel for him.

 Court set Preliminary Examination to be held on July 7, 2005 at 3:30 p.m.

 Government moved that the defendant be held without bail at this time.  Court DENIED bail at this time.


       Adj. 2:20 p.m.
;    [KLL EOD 06/30/2005]