MINUTE ENTRY            3:30 p.m.

UNITED STATES OF AMERICA -vs- DAI XIAO JUN

PRESENT: HON. JUAN LIZAMA, DESIGNATED  JUDGE PRESIDING
  K. LYNN LEMIEUX, DEPUTY CLERK
  FAYE CROZAT, COURT REPORTER
  JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
  JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT(appointed)
  ROBERT TORRES, ATTORNEY FOR DEFENDANT (retained)
  DAI XIAO JUN,  DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

 Defendant DAI XIAO JUN appeared with court-appointed counsel, Attorney Joseph Camacho and recently retained counsel, Attorney Robert Torres.  Government was represented by Jamie Bowers, AUSA.  Also present were U.S. Probation Officer Margarita Wonenberg.

 Attorney Robert Torres stated that he had been retained and that Attorney Joseph Camacho would be moving to be relieved as counsel.  Attorney Joseph Camacho moved to be relieved of the appointment.  Court so ordered.

 Norman Xing was present and sworn as interpreter/translator of the Mandarin language.

 Defendant waived reading of the indictment and pled NOT GUILTY to the charges against him.  Court set jury trial for MONDAY, September 12, 2005 at 9:00 a.m. Pretrial motions shall be filed by Wednesday, July 27, 2005.

 Attorney Torres moved for the pretrial motions to be on August 15, 2005; no opposition by Government.  Court so ordered.

 Attorney Torres stated that he would move for a hearing date for bail at a later time.

 Defendant was remanded into the custody of the U.S. Marshal.

        Adj. 3:45 p.m.


;   [KLL EOD 07/13/2005]