FILED
Clerk
District Court

JUL 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )  | |
| Plaintiff,      ) | CRIMINAL CASE NO. 05-00022 |
| ) | |
| -v-      ) | |
| ) | |
| DAI, XIAO JUN,      ) | O R D E R |
| )  | SETTING TRIAL DATE |
| Defendant.      ) | |
| _____) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, September 12, 2005 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **MONDAY, August 15, 2005.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

AO 72
(Rev. 8/82)

6) Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 13th day of July, 2005.

JUAN LIZAMA
Designated Judge

## Confirmation Report – Memory Send

```
Page       : 001
Date & Time: Jul-13-2005  16:21
Line 1     : +16702362910
E-mail     :
Machine ID : US DISTRICT COURT, NMI
```

| | | |
|---|---|---|
| Job number | : | 250 |
| Date | : | Jul-13 16:20 |
| To | : | 9 2362956 |
| Number of pages | : | 002 |
| Start time | : | Jul-13 16:20 |
| End time | : | Jul-13 16:21 |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 250 | |

**\*\*\* SEND SUCCESSFUL \*\*\***

---

FILED
Clerk
District Court

JUL 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,  )
    Plaintiff,  ) CRIMINAL CASE NO. 05-00022
    -v-  )
DAI, XIAO JUN,  ) **ORDER**
    Defendant.  ) **SETTING TRIAL DATE**

    IT IS HEREBY ORDERED that the jury trial herein shall commence on MONDAY, September 12, 2005 at 9:00 a.m.

    IT IS FURTHER ORDERED that pretrial motions shall be filed no later than MONDAY, August 15, 2005.

    IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

    1) Proposed jury voir dire questions;

    2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

    3) A complete set of marked exhibits (with a three copies for the Court);

    4) Proposed verdict forms;

    5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment). (One original and three copies for the Court);

AO 72
(Rev. 8/82)

## Confirmation Report – Memory Send

```
Page        : 001
Date & Time : Jul-13-2005  16:20
Line 1      : +16702362910
E-mail      :
Machine ID  : US DISTRICT COURT, NMI
```

| | | |
|---|---|---|
| Job number | : | 249 |
| Date | : | Jul-13 16:20 |
| To | : | 9 2362945 |
| Number of pages | : | 002 |
| Start time | : | Jul-13 16:20 |
| End time | : | Jul-13 16:20 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number     : 249              *** SEND SUCCESSFUL ***

---

FILED
Clerk
District Court

JUL 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL CASE NO. 05-00022 |
| -v- ) | |
| DAI, XIAO JUN, ) | O R D E R |
| Defendant. ) | SETTING TRIAL DATE |

IT IS HEREBY ORDERED that the jury trial herein shall commence on MONDAY, September 12, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than MONDAY, August 15, 2005.

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court):

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment). (One original and three copies for the Court);

AO 72
(Rev. 8/82)

## Confirmation Report – Memory Send

```
Page       : 001
Date & Time: Jul-13-2005  16:22
Line 1     : +16702362910
E-mail     :
Machine ID : US DISTRICT COURT, NMI
```

| | | |
|---|---|---|
| Job number | : | 251 |
| Date | : | Jul-13 16:20 |
| To | : | 9 2335749 |
| Number of pages | : | 002 |
| Start time | : | Jul-13 16:21 |
| End time | : | Jul-13 16:22 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 251

\*\*\* SEND SUCCESSFUL \*\*\*

---

FILED
Clerk
District Court

JUL 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )   CRIMINAL CASE NO. 05-00022
                                )
         -v-                    )
                                )
DAI, XIAO JUN,                  )        O R D E R
                                )   SETTING TRIAL DATE
              Defendant.        )
_____)

IT IS HEREBY ORDERED that the jury trial herein shall commence on MONDAY, September 12, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than MONDAY, August 15, 2005.

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment). (One original and three copies for the Court);

AO 72
(Rev. 8/82)