F I L E D
Clerk
District Court

JUL 21 2005

For The Northern Mariana Islands
By_____△_____
(Deputy Clerk)

Robert Tenorio Torres
Attorney at Law
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749

Attorney for Xiao Jun Dai, Defendant

IN THE SUPERIOR COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Case on ~~CIVIL CASE~~ NO. 05-00022 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF HEARING RE: APPLICATION FOR BAIL MODIFICATION |
| XIAO JUN DAI, | |
| **Defendant** | |

NOTICE IS HEREBY GIVEN that Mr. Xiao Jun Dai, through his counsel Robert T. Torres, Esq., requests that this Court set a hearing for Friday, July 22, 2005 at 3:00 p.m. regarding the above-entitled action or as soon thereafter. Counsel Torres respectfully requests to be heard telephonically as he is currently off-island.

DATED this 21st day of July, 2005.

By: _____
~~Galo Perez~~  Alex R. Munson
~~Clerk of Court~~  Chief Judge