Robert Tenorio Torres
Attorney at Law
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749

Attorney for Xiao Jun Dai, Defendant

F I L E D
Clerk
District Court

JUL 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE DISTRICT COURT FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>XIAO JUN DAI<br><br>Defendant | Criminal Action No. 05-00022<br><br>NOTICE TO WITHDRAW XIAO JUN DAI'S APPLICATION FOR BAIL MODIFICATION |

NOTICE is hereby given that Mr. Xiao Jun Dai, through his Counsel Robert T. Torres, Esq., hereby withdraws his Application for Bail Modification filed on July 21, 2005.

Mr. Dai, at this time, withdraws his application on account of the inability of the proposed/contemplated third party custodian, Mr. Ronghsan Cui, to meet the documentary requirements requested by the Probation and Pretrial Services Office of the Court. However, Mr. Dai reserves his right to make further application for modification of bail conditions in the future.

1   Respectfully submitted this 28th day of July, 2005.

for _____
Robert T. Torres, F0197
Attorney for Defendant