Robert Tenorio Torres
Attorney at Law
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749

Attorney for Xiao Jun Dai

FILED
Clerk
District Court

AUG 1 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE DISTRICT COURT FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>XIAO JUN DAI<br><br>    Defendant | Criminal Action No. 05-00022<br><br>STIPULATED MOTION TO RESET JURY TRIAL DATE AND SET HEARING FOR WAIVER OF SPEEDY TRIAL RIGHT |

COME NOW Defendant Xiao Jun Dai, through counsel Robert T. Torres, Esq. and Jamie Bowers, Assistant U.S. Attorney, and respectfully move the court to schedule the above matter for a waiver of speedy trial hearing. This motion is made pursuant to 18 U.S.C. § 1361(h)(8)(A) on the parties' joint request. The reason for the request is to allow Defendant to further assist counsel in preparation of the case, including reviewing additional discovery and considering pretrial motions, and for the parties to further discussions toward pretrial resolution.

Thus, the parties request the Court to schedule a hearing on August 12, 2005 at 1:30 pm to receive Defendant's knowing and voluntary waiver of his right to a speedy trial.

_____          _____
Robert T. Torres                                          Jamie D. Bowers
Counsel for Defendant                               Assistant U.S. Attorney

## MINUTE ORDER

For cause shown, the above-entitled matter is hereby set for a hearing on August 12, 2005 at 1:30 pm to receive and confirm Defendant's knowing and voluntary waiver of his right to a speedy trial. Upon finding of a knowing and voluntary waiver by the Court, the matter shall then be reset for a jury trial and the deadlines for pretrial motions and filing of joint exhibits and proposed jury questions and instructions shall also be amended.

_____   Date: 8/11/05
ALEX R. MUNSON, Chief Judge

RECEIVED
AUG 11 2005
Clerk
District Court
For The Northern Mariana Islands