MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*****************************************************************************

CR-05-00022                                                August 12, 2005
                                                           1:30 p.m.

**UNITED STATES OF AMERICA -vs- DAI, XAIO JUN**

PRESENT:   HON. A. WALLACE TASHIMA, SENIOR CIRCUIT JUDGE
           MICHELLE C. MACARANAS, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           XAIO JUN DAI, DEFENDANT
           ROBERT T. TORRES, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

Defendant was present with Attorney Robert Torres. Government by Jamie Bowers, AUSA.

Defendant through interpreter Aby Leung stated in open Court that he and his attorney need more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **December 13, 2005** and that jury trial would commence on **Monday, December 12, 2005 at 9:00 a.m.** in this courtroom.

Court adjourned at 1:46 p.m.

Michelle C. Macaranas, Court Deputy