```
         OFFICIAL USE ONLY    TECS II INFORMATION -- OFFICIAL USE ONLY

072805                    TECS II - LIST OF RELATED RECORDS              PAGE   1
                                                                         TN007064
                          4 RECORDS ARE RELATED TO BASE RECORD
GM08NE05GM0001002     ROI   CGM GOWARD          M 072805


P9M24178400CGM         JIAN            CHEN         U
         SC   SUBJECT OF CURRENT INVESTIGATION                      SUB-SOURCE

P9M24178700CGM         JUN             ZHU          A
         SC   SUBJECT OF CURRENT INVESTIGATION                      SUB-SOURCE

P9M41423800CGM         DAI             XIAO         J A M 123160
         SC   SUBJECT OF CURRENT INVESTIGATION                      SUB-SOURCE

GM08NE05GM0001         CASE CGM GOWARD             M 061305
     DAI XIAO JUN ET AL.
```

         OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

DAI 00036

I, HUANG MIN HUI, hereby state and declare the following:

1. I am over the age of 18. I was born on September 17, 1973. and a citizen and national of the People's Republic of China

2. I am employed at the Liao Ti Tour Agency located along Paseo de Marianas in Western Garapan, Saipan as a Sales Representative/ Public Relations coordinator. I have worked there for seven months.

3. I have personal knowledge of the events on June 29, 2005 regarding the arrest of Mr. Dai, Xiao Jun at his apartment on the third floor above the Guang Zhou restaurant behind the tour agency.

4. I know Mr. Dai, Xiao Jun as he is the general manager of our company.

5. I was working on June 29th inside the agency late in the afternoon, after 6:00 pm. I was watching TV. I saw Mr. Dai arrive on a bicycle and park his bicycle in front of our store. I do not recall if Mr Dai enter the agency. Instead, I saw him walk away from the store. I did not see where Mr. Dai went after that.

6. Later on some persons, one male and one female, rushed into the store. I thought they were customers. I tried to close the door but then some more people came in. Someone told me, "Don't move!" I thought this second group was trying to catch the first two people who came into the store. Some stayed with me and others went to the back room in the store and started looking around. I was nervous some of them were holding guns. They asked, "Where is the light?" because the room was dark. I turned on the light. Then they showed me their badges. They were telling me, "You are the one who released that person, where is that person?" I did not know who they were looking for so I said "I don't know, who?" They saw the bicycle outside and asked "Whose bicycle is this?" I said, "Boss."

7. I was afraid of these men and I thought they were police and I saw their guns. They then started looking around and opened a small door in the back room behind the mirror. All the time they were asking questions I did not understand and in loud voices. I did not know who they are looking for.

**EXHIBIT B**

8. They started to ask me where is Mr. Dai's apartment and told me to show them where was Mr. Dai's apartment. Then they told me to come with them. The one female held my arm with some force and asked me in English "Where is Mr. Dai's apartment?" I told them "in that way" pointing to the alley. I was afraid and they had their guns out. They took me out through the front entrance and around the building through the alley to the back. In front of me was a male, and behind was the woman who held my arm and who had asked me where was Mr. Dai. We came to the small area near the Guang Zhou restaurant in the back.

9. There were more persons there in the back area. I did not know who they were looking for or what they wanted. They were all very upset and yelling in loud voices.

10. I did not know where Mr. Dai lived because I had never been to his place. I only know the general direction. I just thought his place was around the area in the back. I only saw Mr. Dai park his bicycle. I did not see where Mr. Dai go into his apartment after he parked his bicycle. I did not know where he went. Then they took me, holding my arm, going up the stairs in a hurried way, and asked me "This room?" pointing to different doors for each apartment. I have never been to Mr. Dai's apartment. When we reached the third floor, they asked me, "This room?" I was not sure since I did not whether it was Mr. Dai's apartment. But I never saw Mr. Dai go into the apartment. I was very scared. I did not know what was happening. I saw them break into one of the rooms on the third floor. I was taken to the third floor.

11. I was not sure that the men were looking for Mr. Dai. They kept yelling and shouting. Then they broke into the apartment. After more than twenty minutes, they took Mr. Dai away. I was handcuffed and they took me away.

12. They took me to the Horiguchi Building and detained me for a few hours. The Chinese translator Dennis Tse was asking me, "What does your boss do?" "What kind of business?" "Is your store selling the Viagra?" I told them, "Just doing business for the tour."

13. I saw Mr. Dai at the Horiguchi Building too but I did not speak to him. They went back and searched the store. They took me there to search the store. After a few hours, they let me go and I went home.

I DECLARE THE FOREGOING STATEMENT TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY THIS ____ day of October, 2005 ON SAIPAN, CNMI

_Huang Min hui._     10-5-05
_____
HUANG MIN HUI

TRANSLATOR'S CERTIFICATION:

I, NORMAN XING, hereby certify that I am competent and fluent in the Chinese Mandarin language and that I translated the foregoing statement to Ms. Huang. She confirmed that the statement is true, accurate, and complete under penalty of perjury.

_____     Date: _10-5-05_
NORMAN XING

I, DAI XIAO JUN, hereby state and declare the following:

1. I am a citizen and national of the People's Republic of China.

2. I am the defendant in the criminal case in U.S. District Court for the Northern Mariana Islands, *United States of America v. Dai, Xiao Jun*, Criminal Case No. 05-00022.

3. On June 29, 2005 I was riding my bicycle back to my place of employment in western Garapan, the Liao Ti Tour Agency, located at the Paseo de Marianas.

4. After I parked my bicycle, I did not go into the Liao Ti Tour agency. Instead, I walked around the building through the alley. I walked upstairs to my apartment on the third floor, Room B-3. My apartment is located above the Guang Zhou Restaurant.

5. I was living in the apartment with my girlfriend, Yang, Sen Hua aka: Sasha. The apartment has two bedrooms with a living room and small kitchen. *See attached drawing*.

6. After I entered my apartment I closed and locked the door. After a few minutes, during the evening around 6 pm, while I was in my bedroom, I heard someone knocking very hard on my front door. I walked out to the living room and I was about to open the door when someone kicked the door in and busted into my apartment.

7. Two people rushed into my apartment. I did not give my consent or permission for them to enter. Three to four more persons came into my apartment. The first two who came in looked to be like locals and they were male. In the second group of three, one was an American female with local males. She was a skinny lady with brown hair. The first two males said they came from Guam.

8. When they rushed into my apartment, I was taken down and handcuffed me on my living room floor. They started going into the bedrooms, without my permission. After a few minutes, I placed in a chair near the kitchen next to the refrigerator.



EXHIBIT C

9. I was never presented with any search warrant, order or any legal paper by any person or police officer which allowed them to enter my apartment.

10. These people were looking around in my apartment and in my bedroom. Then, from where I was sitting, I saw a short-haired local guy, middle height, and a bit fat, walk up and open the small freezer located in the kitchen next to the refrigerator. I believe he was a local police officer.

11. The short-haired guy opened the freezer. Before that he also checked my fax machine. After the guy opened the freezer, he reached into the freezer and started to pick up things in the freezer. There was no weapon, gun or knife in the freezer. He just started looking into the freezer.

12. The short-haired guy picked up a bag of ice in the freezer. He picked up other packages. Then he picked up a package. I saw everything that he was doing. I did not consent to anyone searching anywhere in my apartment and I did not consent to this short-haired person, who I believe is a police officer, searching my freezer. He never asked for permission and I never gave permission.

13. After he was searching around, the short-haired guy began to open one of the clear plastic packages. After he opened the clear plastic, he then reached in. There was a cloth bed sheet wrapping outside and he removed that sheet wrapping. Then there was a carton and he began to open the carton package inside. After he opened the carton and looked inside, that is when I heard him mention "marijuana" in English.

14. During this time the other persons or officers were in my room and my girlfriend's room and looking around. I could not see what they were doing but I believe they were looking into my closet and opening my drawers and packages in my apartment. I could hear them searching around inside my room.

15. After I heard the short-haired guy mention "marijuana" after he looked opened and looked inside the wrapped carton package, that is when I was taken away. It was about ten minutes from the time the persons broke into my apartment until the time I was taken away. I was not brought back to my apartment. I learned from my attorney that later that evening, around 10 pm, the officers obtained a search warrant.

16. I was taken to the Horiguchi Building 2nd Floor and asked to sign a paper regarding my rights. I did not give any statement. I never gave any permission to any police officer to enter my apartment on June 29th or any time before or after that date. I never gave any consent for any officer to search my apartment including my rooms and the freezer in my room. To my knowledge, my girlfriend never gave her consent for any officer to enter our apartment or search our apartment.

I DECLARE THE FOREGOING TO BE TRUE AND ACCURATE UNDER PENALTY OF PERJURY THIS 19 day of September, 2005

X DAI XIAO JUN
DAI XIAO JUN

Verification by Translator:

I Norman Xing, hereby declare and verify that I translated the foregoing declaration to Dai Xiao Jun from English into Chinese Mandarin. This declaration was prepared by Attorney Robert Torres following our interview of Mr. Dai on September 8th at the Horiguchi Building. I verify that Mr. Dai confirmed the above statement as accurate and complete and correct.

NORMAN XING            Date: 9-19-05

