**ORIGINAL**

Robert Tenorio Torres
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax: (670) 233-5749

Attorney for Defendant DAI, Xiao Jun

F I L E D
Clerk
District Court

OCT 1 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>Defendant. | Criminal Case No. 05-00022<br><br>NOTICE OF MOTION BY DEFENDANT DAI XIAO JUN<br><br>Date: NOV 1 0 2005<br>Time: 9:00 AM<br>Judge: Hon. Alex R. Munson |

TO:  Jamie Bowers, Assistant United States Attorney
     U.S. Attorney's Office 3rd Floor Horiguchi Building

     Mr. Wolfgang Calvert, Deputy U.S. Marshal
     U.S. Marshals Service, 1st Floor Horiguchi Building

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that pursuant to _____ the Court will hold a hearing on Defendant's Motion to Suppress Evidence on the above date and

time.

This Motion to Suppress is based on the Memorandum of Points and Authorities filed contemporaneously herewith; the Declarations of Dai, Xiao Jun and Huang Min Hui, the exhibits filed concurrently with this Motion, the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter..

Dated this 11th day of October, 2005.

_____
Robert T. Torres
Attorney for Dai, Xiao Jun