**Robert Tenorio Torres**
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 233-7859

Attorneys for Defendant DAI, Xiao Jun

F I L E D
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>Defendant. | Criminal Case No. 05-00022<br><br>**DECLARATION OF SERVICE** |

I, the undersigned, hereby declare under the penalty of perjury that I am over the age of 18 and have served a true and correct copy of the **NOTICE OF MOTION BY DEFENDANT DAI XIAO JUN** and **DEFENDANT'S MOTION TO SUPPRESS AND EXCLUDE EVIDENCE OBTAINED FROM ILLEGAL SEARCH AND SEIZURE**, filed in the United States District Court for the Northern Mariana Islands on October 11, 2005, upon Mr. Jamie Bowers and Mr. Wolfgang Calvert on October 11, 2005 at the following places:

| | |
|---|---|
| Jamie Bowers, Assistant U.S. Attorney<br>U.S. Attorney's Office,<br>3rd Floor Horiguchi Building<br>Saipan, MP 96950 | Wolfgang Calvert, Deputy U.S. Marshal<br>U.S. Marshals Service,<br>1st Floor Horiguchi Building<br>Saipan, MP 96950 |

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

Dated this 11th day of October 2005.

_____
SEMERINA M. SIMRAM