ORIGINAL

**Robert Tenorio Torres**
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 233-7859

Attorneys for Defendant DAI, Xiao Jun

District Court

OCT 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00022 |
| Plaintiff, | DECLARATION OF SERVICE |
| vs. | |
| DAI, XIAO JUN, | |
| Defendant. | |

I, the undersigned, hereby declare under the penalty of perjury that I am over the age of 18 and have served a true and correct copy of the **DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO SUPPRESS**, filed in the United States District Court for the Northern Mariana Islands on October 24, 2005, upon Mr. Jamie Bowers on October 11, 2005 at the following places:

Jamie Bowers, Assistant U.S. Attorney
U.S. Attorney's Office,
3rd Floor Horiguchi Building
Saipan, MP 96950

Dated this 24th day of October 2005.

SEMERINA M. SIMRAM

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23