FILED
Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05-00022 |
| Plaintiff | ) | |
| v. | ) | ORDER RE-SCHEDULING MOTION TO SUPPRESS |
| DAI, Xiao Jun | ) | |
| Defendant | ) | |

To accommodate the schedules of the parties and the court, and in the interests of justice,

IT IS ORDERED that the hearing on defendant's motion to suppress be and hereby is re-scheduled from November 10, 2005, to Tuesday, November 15, 2005, at 1:30 p.m.

DATED this 8th day of November, 2005.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)