AO89   (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## District of the Northern Mariana Islands

UNITED STATES OF AMERICA

  PLAINTIFF

  V.

DAI, XIAO JUN

  DEFENDANT

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-000022

FILED
Clerk
District Court

NOV 1 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: MAJOR EDWARD R. CABRERA
IMMIGRATION INVESTIGATOR
ATTORNEY GENERAL OFFICE, AGIU
CAPITOL HILL, SAIPAN MP 96950

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | COURTROOM<br>101 |
|---|---|
| BEFORE: | DATE AND TIME<br>NOVEMBER 15, 2005<br>AT 1:30 P.M. |

[ ] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Galo L. Perez, Clerk of Court<br>(BY) DEPUTY CLERK<br>*[signature]* | DATE<br>NOV -9 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
ROBERT T. TORRES, ESQ
CHALAN KIYA, SAIPAN
TELEPHONE #234-7859

AO89    (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE  11/09/05 | PLACE  LAW OFFICE OF ROBERT T. TORRES IN CHALAN KIYA |
| SERVED | DATE  11/09/05 | PLACE  AT A G I U OFFICE IN CAPITOL HILL |
| SERVED ON (PRINT NAME)  EDWARD R. CABRERA | | FEES AND MILEAGE TENDERED TO WITNESS  ☒ YES   ☐ NO   AMOUNT $ 20.00 |
| SERVED BY (PRINT NAME)  RAINALDO S. AGULTO | | TITLE  PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   11/09/05
                    DATE

*Rainaldo S. Agulto*
SIGNATURE OF SERVER

P.O.BOX 5340 CHRB SAIPAN MP.96950
ADDRESS OF SERVER

ADDITIONAL INFORMATION