FILED
Clerk
District Court

NOV 14 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAI, XIAO, JUN,<br><br>Defendant. | Criminal Action No. 05-00022<br><br>Order Rescheduling Motion to Suppress |

Jamie D. Bowers
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 5013758
Saipan, MP 96950

IT IS ORDERED that the Motion to Suppress scheduled for Tuesday, November 15, 2005, at 1:30 p.m., is rescheduled to Wednesday, November 23, 2005, at 9:00 a.m.

DATED THIS 14th day of November 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)