# United States District Court

### District of the Northern Mariana Islands

FILED
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____ (Deputy Clerk)

UNITED STATES OF AMERICA
PLAINTIFF

V.

DAI, XIAO JUN
DEFENDANT

AMENDED
**SUBPOENA
IN A CRIMINAL CASE**

CASE NUMBER: 05-00022

TO: ALBERT D. PALACIOS
    DEA TASK FORCE OFFICER
    4rd FLOOR HORIGUCHI BLDG.
    GARAPAN, SAIPAN MP 96950

[x] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | COURTROOM<br>101 |
|---|---|
| | DATE AND TIME<br>11/23/2005 |
| BEFORE: JUDGE ALEX R. MUNSON | AT 9:00 A.M. |

[ ] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Galo L. Perez, Clerk of Court<br>(BY) DEPUTY CLERK  _[signature]_ | DATE<br>NOV 1 4 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:  ROBERT T. TORRES
CHALAN KIYA, SAIPAN
TELEPHONE #234-7859

AO89  (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | | |
|---|---|---|---|
| | DATE | | PLACE |
| RECEIVED BY SERVER | 11/14/05  11:00 A.M | | AT ROBERT TORRES LAW OFFICE IN CHALAN KIYA |
| | DATE | | PLACE |
| SERVED | 11/14/05  11:20 A.M | | AT D E A OFFICE IN GARAPAN |
| SERVED ON (PRINT NAME) ALBERT D. PALACIOS | | FEES AND MILEAGE TENDERED TO WITNESS  ☒ YES  ☐ NO  AMOUNT $ 20.00 | |
| SERVED BY (PRINT NAME) RAINALDO S. AGULTO | | TITLE PROCESS SERVER | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11/14/05
            DATE

*[signature]*
SIGNATURE OF SERVER

P.O. BOX 5340 CHRB SAIPAN M.P. 96950
ADDRESS OF SERVER

ADDITIONAL INFORMATION