F I L E D
Clerk
District Court

NOV 1 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Defendant DAI, Xiao Jun

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>Defendant. | Criminal Case No. 05-00022<br><br>**DEFENDANT DAI XIAO JUN'S MOTION FOR DISCOVERY**<br><br>Date: NOV 2 3 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

    Pursuant to Fed. R. Crim. P. 16(a)(1)(E) and 26.2, and Fed. R. Evid. 1006, Defendant Dao, Xiao Jun, by and through counsel, hereby moves the court for an order directing the United States to produce:

    1.    All books, papers, reports, test results, documents, photographs, tangible objects, and/or copies or portions thereof that comprise, mention, or relate to the use and operation of that certain electronic monitoring or tracking device that the Government claims to have inserted into the package addressed to Chen Jian at PMB 212 and

containing approximately 2.75 kilograms of suspected counterfeit Viagra during the course of a "controlled delivery;"

    2.    The electronic monitoring or tracking device, including the name, serial number, manufacturer, and model thereof;

    3.    Any results or reports of physical examinations and of scientific tests or experiments made in connection with this case and particularly any writings, reports, recordings, documents, or photographs reflecting any laboratory analysis of the suspected Viagra; and

    4.    Any results or reports of physical examinations and of scientific tests or experiments made in connection with any other package or parcel addressed to any person entitled to receive mail at PMB 212, Saipan, MP 96950.

This Motion for Discovery is based on the Memorandum of Points and Authorities filed contemporaneously herewith; the Exhibits filed concurrently with this Motion, the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 14th day of November, 2005.

_____
ROBERT T. TORRES F0197
Attorney for Dai, Xiao Jun