ORIGINAL

Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant DAI, Xiao Jun

FILED
Clerk
District Court

NOV 1 5 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>                    Defendant. | Criminal Case No. 05-00022<br><br>**DEFENDANT DAI XIAO JUN'S NOTICE OF MOTION FOR DISCOVERY**<br><br>Date: NOV 2 3 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

TO:   Jamie Bowers, Assistant United States Attorney
       U.S. Attorney's Office, 3ʳᴰ Floor Horiguchi Building

       Mr. Woflgang Calvert, Deputy U.S. Marshal
       U.S. Marshals Service, 1ˢᵗ Floor Horiguichi Building

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant Dao, Xiao Jun has filed a motion pursuant to Fed. R. Crim. P. 16(a)(1)(E) for discovery, and that the Court will hold a hearing on Defendant Dai's Motion for Discovery on the above-referenced date and time.

This Motion for Discovery is based on the Memorandum of Points and Authorities filed contemporaneously herewith; the Exhibits filed concurrently with this Motion, the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this **14th** day of November, 2005.

_____
ROBERT TENORIO TORRES, ESQ.
Attorney for Dai, Xiao Jun

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859