Clerk
District Court

NOV 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Robert Tenorio Torres**
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorneys for Defendant DAI, Xiao Jun

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAI, XIAO JUN, <br><br> Defendant. | Criminal Case No. 05-00022 <br><br> **DECLARATION OF SERVICE** |

I, the undersigned, hereby declare under the penalty of perjury that I am over the age of 18 and have served a true and correct copy of the **DEFENDANT DAI XIAO JUN'S NOTICE OF MOTION FOR DISCOVERY, MOTION FOR DISCOVERY AND MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY**, filed in the United States District Court for the Northern Mariana Islands on November 15, 2005, upon Mr. Jamie Bowers on same day at the following places:

Jamie Bowers, Assistant U.S. Attorney
U.S. Attorney's Office,
3rd Floor Horiguchi Building
Saipan, MP 96950

*Robert Tenorio Torres*
*Attorney at Law*
*1st Floor ~ D'Torres Building ~ Garapan*
*P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859*

Dated this 15th day of November 2005.

_____
SEMERINA M. SIMRAM

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859