FILED
Clerk
District Court

NOV 1 8 2005

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Defendant DAI, Xiao Jun

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>         Defendant. | Criminal Case No. 05-00022<br><br>**DEFENDANT DAI XIAO JUN'S SECOND MOTION TO SUPPRESS EVIDENCE**<br><br>Date: NOV 2 3 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

     Pursuant to the Fourth Amendment to the United States Constitution, Defendant Dao, Xiao Jun, by and through counsel, hereby moves the court to suppress and exclude all evidence obtained as a result of the illegal search on or about June 20, 2005 of that certain express mail parcel addressed to Chen Jian at PMB 212, P.O. Box 10002, in Saipan, 96950.

     This Motion is based on grounds that United States Customs Officials were not empowered to search the international mail parcel destined for

delivery outside the customs territory of the United States and because these Government Agents lacked any facts to prompt interference with the Package.

This Motion is supported by the Memorandum of Points and Authorities filed contemporaneously herewith; the Exhibits filed concurrently with this Motion, the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 17th day of November, 2005.

_____
ROBERT T. TORRES F0197
Attorney for Dai, Xiao Jun