FILED
Clerk
District Court

NOV 1 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Defendant DAI, Xiao Jun

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>　　　　　　　Defendant. | Criminal Case No. 05-00022<br><br>DEFENDANT DAI XIAO JUN'S NOTICE OF SECOND MOTION TO SUPPRESS<br><br>Date: NOV 2 3 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

TO:  Jamie Bowers, Assistant United States Attorney
　　　U.S. Attorney's Office, 3RD Floor Horiguchi Building

　　　Mr. Woflgang Calvert, Deputy U.S. Marshal
　　　U.S. Marshals Service, 1st Floor Horiguichi Building

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant Dao, Xiao Jun has filed a motion to suppress evidence obtained as a result of the unlawful interception and search of the packages addressed to Chen Jian at PMB 212, P.O. Box 10002, Saipan, 96950, on or about June 12, 2005. The Court will

*Robert Tenorio Torres*
*Attorney at Law*
*P.O. Box 503758 - Saipan MP 96950*
*(670) 234-7859*

hold a hearing on Defendant Dai's Second Motion to Suppress on the above-referenced date and time.

This Second Motion to Suppress is based on the Memorandum of Points and Authorities filed contemporaneously herewith; the Exhibits referenced in this Motion, the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 17th day of November, 2005.

_____
ROBERT T. TORRES F0197
Attorney for Dai, Xiao Jun

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859