Case 1:05-cr-00022 Document 36 Filed 11/28/2005 Page 1 of 2

FILED
NOV 28 2005
Clerk
District Court
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert Tenorio Torres
Attorney at Law
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749

Attorney for Xiao Jun Dai

IN THE DISTRICT COURT FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>XIAO JUN DAI<br>Defendant | Criminal Action No. 05-00022<br><br>STIPULATED MOTION TO RESET JURY TRIAL DATE AND SET HEARING FOR WAIVER OF SPEEDY TRIAL |

COME NOW Defendant Xiao Jun Dai, through counsel Robert T. Torres, Esq. and Jamie Bowers, Assistant U.S. Attorney, and respectfully move the Court to schedule the above matter for a waiver of speedy trial hearing. This motion is made pursuant to 18 U.S.C. § 1361(h)(8)(A) on the parties' joint request to allow the Defendant to assist Counsel in preparation of the trial, including reviewing additional discovery and considering pretrial motions, and also to allow the parties further discussions toward pretrial resolutions.

Therefore, the parties in the above matter request the Court to

1  schedule a hearing on December 12, 2006 at 9:30 a.m. to receive

2  Defendant's knowing and voluntary waiver of his right to a speedy trial.

4  _____         _____
5  Robert T. Torres              Jamie D. Bowers
   Counsel for Defendant         Assistant U.S. Attorney

## MINUTE ORDER

For cause shown, the above-entitled matter is hereby set for a hearing on December 12, 2005 at 9 am to receive and confirm Defendant's knowing and voluntary waiver of his right to a speedy trial. Upon finding of a knowing and voluntary waiver by the Court, the matter shall then be reset for a jury trial and the deadlines for pretrial motions and filing of joint exhibits and proposed jury questions and instructions shall also be amended.

_____ Date: 11-28-05
ALEX R. MUNSON, Chief Judge

RECEIVED
NOV 28 2005
Clerk
District Court
For The Northern Mariana Islands