F I L E D
Clerk
District Court

NOV 2 8 2005

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>Defendant. | Criminal Action No. 05-00022<br><br><br>Order Rescheduling Motions |

Jamie D. Bowers
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 5013758
Saipan, MP 96950

IT IS ORDERED that the Motions in the above case scheduled for Thursday, December 1, 2005, at 9:00 a.m., are rescheduled to Thursday, December 15, 2005, at 10:00 a.m.

DATED THIS 28th day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)