F I L E D
Clerk
District Court

NOV 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>Defendant. | Case No. CR-05-00022<br><br>ORDER:<br><br>1) RESCHEDULING WAIVER OF SPEEDY TRIAL; and<br>2) TAKING TRIAL OFF CALENDAR |

IT IS HEREBY ORDERED that the trial set for December 12, 2005, is off calendar.

IT IS FURTHER ORDERED that, upon agreement by the parties and the court, the waiver of speedy trial currently set for December 12, 2005, at 9:00 a.m., is rescheduled for December 15, 2005, at 10:00 a.m, at which time the court will reschedule the trial.

*/s/ Alex R. Munson*

ALEX R. MUNSON
Judge