**Robert Tenorio Torres**
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorneys for Defendant DAI, Xiao Jun

F I L E D
Clerk
District Court

DEC 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAI, XIAO JUN,<br><br>Defendant. | Criminal Case No. 05-00022<br><br>**DECLARATION OF SERVICE** |

I, the undersigned, hereby declare under the penalty of perjury that I am over the age of 18 and have served a true and correct copy of the **DEFENDANT DAI XIAO JUN'S REPLY TO OPPOSITION TO MOTION TO SUPPRESS SEARCH OF MAIL**, filed in the United States District Court for the Northern Mariana Islands on December 7, 2005, upon Mr. Jamie Bowers on the same day at the following address:

Jamie Bowers, Assistant U.S. Attorney
U.S. Attorney's Office,
3rd Floor Horiguchi Building
Saipan, MP 96950

Dated this 7th day of December 2005.

_____
SEMERINA M. SIMRAM