Clerk
District Court

DEC 1 6 2005

For The Northern Mariana Islands

BY_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAI, XIAO JUN,<br><br>　　　　　Defendant. | Case No. CR-05-00022<br><br>**ORDER RESCHEDULING<br>MOTION FOR DISCOVERY AND<br>MOTION TO SUPPRESS** |

THIS MATTER came before the court on Thursday, December 15, 2005, for hearing of defendant's motion for discovery and motion to suppress evidence obtained from three illegal searches and seizures. Plaintiff appeared by and through its attorney, Assistant U.S. Attorney Jamie D. Bowers; defendant appeared personally and by and through his attorney, Robert T. Torres.

IT IS ORDERED THAT the hearing, which was to be reconvened today, December 16, 2005, at 2:30 p.m., be continued to Monday, December 19, 2005, at 9:30 a.m.

DATED this 16th day of December, 2005.

_____
ALEX R. MUNSON
Judge