F I L E D
Clerk
District Court

DEC 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>DAI, XIAO JUN,<br><br>　　　　　Defendant. | Case No. CR-05-00022<br><br>**NOTICE OF ORDER GRANTING DEFENDANT'S MOTION FOR DISCOVERY** |

THIS MATTER came before the court on Thursday, December 15, 2005, for hearing of Defendant's motion for discovery and Defendant's motion to suppress evidence obtained from three searches and seizures. Plaintiff appeared by and through its attorney, Assistant U.S. Attorney Jamie D. Bowers; defendant appeared personally and by and through his attorney, Robert T. Torres.

Defendant is charged in a two count indictment for trafficking in counterfeit goods in violation of 18 U.S.C. § 2320, and unlawful possession of a controlled substance with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

THE COURT, having fully considered the written arguments of defendant and the oral arguments of the parties, granted defendant's motion for discovery.[1] Accordingly, the Court ordered the parties to meet and confer and agree on what remaining information the Government is legally obligated to produce at this time regarding the following materials:

//

---

[1] The court took the parties' arguments under advisement and reserved ruling on Defendant's motions to suppress.

1. All books, papers, reports, test results, documents, photographs, tangible objects, and / or copies or portions thereof that comprise, mention or relate to the use and operation of that certain electronic monitoring or tracking device that the Government claims to have inserted into the package addressed to Chen Jian at PMB 212 and containing approximately 2.75 kilograms of suspected counterfeit Viagra during the course of a "controlled delivery;"

2. The electronic monitoring or tracking device, including the name, serial number, manufacturer, and model thereof;

3. Any results or reports of physical examinations and of scientific tests or experiments made in connection with this case and particularly any writings, reports, recordings, documents, or photographs reflecting any laboratory analysis of the suspected Viagra; and

4. Any results or reports of physical examinations and of scientific tests or experiments made in connection with any other package or parcel addressed to any person entitled to receive mail at PMB 212, P.O. Box 10002, Saipan, MP 96950.

If the parties are unable to agree as to whether the Government's duties have been satisfied, the court will revisit this motion without requiring Defendant to refile.

IT WAS SO ORDERED.

DATED this 20th day of December, 2005.

_____
ALEX R. MUNSON
Chief Judge