```
                                              F I L E D
                                                 Clerk
                                             District Court

1  LEONARDO M. RAPADAS
   United States Attorney                     JAN 1 2 2006
2  JAMIE D. BOWERS
   Assistant United States Attorney       For The Northern Mariana Islands
3  DISTRICT OF THE NORTHERN              By_____
   MARIANA ISLANDS                            (Deputy Clerk)
4  Horiguchi Building, Third Floor
   P. O. Box 500377
5  Saipan, MP 96950-0377
   Telephone:  (670) 236-2986
6  Fax:        (670) 236-2985

7  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00022 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| DAI, XIAO JUN, | ) | |
| Defendant. | ) | |

Comes, now the United States of America and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully seeks leave of this court and hereby moves to dismiss the indictment in this case, for the reason that the available evidence and investigative results are no longer sufficient to proceed to trial.

Respectfully submitted, this 12th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney

Approved by: _____
CRAIG N. MOORE, AUSA
Branch Chief