```
                                              F I L E D
                                                 Clerk
                                              District Court
1  LEONARDO M. RAPADAS
   United States Attorney                     JAN 13 2006
2  JAMIE D. BOWERS
   Assistant United States Attorney           For The Northern Mariana Islands
3  DISTRICT OF THE NORTHERN                   By_____
   MARIANA ISLANDS                                    (Deputy Clerk)
4  Horiguchi Building, Third Floor
   P. O. Box 500377
5  Saipan, MP  96950-0377
   Telephone:    (670) 236-2986
6  Fax:          (670) 236-2985

7  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00022 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| DAI, XIAO JUN, | ) | |
| Defendant. | ) | |

Upon Motion by the Government, the Court orders that the indictment against defendant, DAI, XIAO JUN is hereby dismissed.

Dated: JAN 1 3 2006

*[signature]*
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands