FILED
Clerk
District Court

JAN 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05-00022 |
| Plaintiff | ) | |
| v. | ) | ORDER TO RELEASE DEFENDANT FROM CUSTODY |
| DAI, Xiao Jun | ) | |
| Defendant | ) | |

BASED UPON the dismissal of the indictment in this matter, said dismissal filed this date, and there being no detainers or any other reason to continue to hold defendant that the court has been apprised of,

IT IS ORDERED that the U.S. Marshal's Office or its designee shall release defendant from custody at the earliest practicable time.

DATED this 13th day of January, 2006.

_____
ALEX R. MUNSON
Judge