F I L E D
Clerk
District Court

MAY - 8 2006

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> -v- ) <br> ) <br> DAI XIAO JUN, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 05-00022 <br><br> NOTICE OF DESTRUCTION <br> OF EXHIBITS |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this __8th__ day of __May__, 2006.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

```
                                    F I L E D
                                       Clerk
                                   District Court

                                   DEC 1 9 2005

                              For The Northern Mariana Islands
                              By_____
                                       (Deputy Clerk)
```

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-05-00022                                    December 19, 2005
                                               10:00 a.m.

### UNITED STATES OF AMERICA -vs- DAI, XIAO YUN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           XIAO YUN DAI, DEFENDANT
           ROBERT T. TORRES, ATTORNEY FOR DEFENDANT

PROCEEDINGS: CONTINUED HEARING ON MOTION TO SUPPRESS AND EXCLUDE EVIDENCE

Defendant was present with Attorney Robert Torres. Government by Jamie Bowers, AUSA.

Norman Cing was sworn as interpreter/translator of the Mandarin language.

Attorney Torres called witness:

**EDWARD REYES CABRERA** (Special Agent - DEA). DX. Attorney Torres moved to admit Exhibit B, C, and D; there being no objection, Court so ordered. Further, Attorney Torres moved to have the **previously admitted Exhibit (the map) admitted as Ex. A; Court so ordered.** CX. Witness was excused at 10:30 a.m.

**ALBERT B. PALACIOS.** (Special Task Force Agent - CNMI). DX. Attorney Torres moved to admit Ex. E into evidence; there being no objection, Court so ordered. CX. RDX. Witness was excused at 11:10 a.m.

Defense stated at 11:10 a.m. that they have no other witnesses or testimony. Government stated that they had no rebuttal.

Government began argument to deny motion at 11:01 a.m. and concluded at 11:35 a.m. Defense began rebuttal argument at 11:35 a.m. and finished at 11:55 a.m.

Court, after hearing all testimony, took the suppression matters under advisement.

Government argued against the "discovery" motion. Defense argued.

Court, after hearing argument, GRANTED the motion for discovery.

Defendant was remanded back into the custody of the U.S. Marshal.

Court adjourned at 12:10 p.m.

K. Lynn Lemieux, Courtroom Deputy