```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   JUN 23 2006
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, | ) | |
| vs. | ) | EXIHIBIT WITHDRAWAL RECEIPT |
| XIAO YUN DAI, | ) | |
| Defendant, | ) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: June 23, 2006

Acknowledge by:
_____
Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

DEC 15 2005

For The Northern Mariana Islands

CR-05-00022                                       December 15, 2005
                                                  10:10 a.m.         (Deputy Clerk)

## UNITED STATES OF AMERICA -vs- XIAO YUN DAI

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           XIAO YUN DAI, DEFENDANT
           ROBERT T. TORRES, ATTORNEY FOR DEFENDANT

PROCEEDINGS: MOTION TO SUPPRESS AND EXCLUDE EVIDENCE/MOTION FOR DISCOVERY AND WAIVER OF SPEEDY TRIAL

   Defendant was present with Attorney Robert Torres. Government by Jamie Bowers, AUSA. Also present was Special Agent for US Immigration.

   Norman Cing was sworn as interpreter/translator of the Mandarin language.

   Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

   Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

   The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **March 31, 2006** and that jury trial would commence on Monday, **March 13, 2006 at 9:00 a.m.** in this courtroom.

   Government argued that the motions for suppression filed by the Government were untimely. Court ruled to hear the motions.

   Government called witness:

   **JOHN DUENAS** (Special Agent US Immigration). DX. Government offered **Ex. 17** into evidence; there being no objection, Court so ordered. Government offered **Ex. 16 (mailing box carrying DVD player; and DVD player)** into evidence; there being no objection, Court so ordered. Government offered **Ex. 18 (photograph)** into evidence; there being no objection, Court so ordered. Government offered **Ex. 1, 2, 3, 4** into evidence; there being no objection, Court so ordered.

Court recessed at 11:20 a.m. and reconvened at 1:30 p.m.

Government continued with DX of witness **John Duenas**. Government offered **Ex. 5,6,7,8,and 9** into evidence; there being no objection, Court so ordered. Government offered **Ex. 10 and 11** into evidence; there being no objection, Court so ordered. Government offered **Ex. 12** into evidence; there being no objection, Court so ordered. Government offered **Ex. 13** into evidence; there being no objection, Court so ordered. Government offered **Ex. 14** into evidence; there being no objection, Court so ordered. Government offered **Ex. 15** into evidence; there being no objection, Court so ordered. At 2:20 p.m. Attorney Torres began **CX** of witness Duenas.

Court recessed at 3:00 p.m. and reconvened at 3:25 p.m.

Attorney Torres continued with his CX of witness Duenas and finished at 3:50 p.m. Government began RDX at 3:50 p.m. Attorney Torres began RCX at 3:55 p.m.

Attorney Torres offered Ex. 19 into evidence, there being no objection, Court so ordered.

Government rested.

Court recessed until 2:30 p.m. tomorrow.

Defendant was remanded back into the custody of the U.S. Marshal.

Court adjourned at 4:00 p.m.

K. Lynn Lemieux, Courtroom Deputy